CORNELIUS FITZPATRICK, Respondent, *v.* THE FORTY-SECOND STREET AND GRAND STREET RAILROAD COMPANY, Appellant.

(Argued January 20, 1886; decided February 9, 1886.)

*Freling H. Smith* for appellant.

*P. Mitchell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

EDWARD W. McGINNIS et al., Appellants, *v.* HENRY SMYTHE, Respondent.

(Argued January 22, 1886; decided February 9, 1886.)

DECIDED on the facts.

*Norman Melliss* for appellants.

*E. More* for respondent.

EARL, J., reads for affirmance.
All concur, except RUGER, Ch. J., dissenting, and RAPALLO, J., not voting.
Judgment affirmed.